UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.    Case No. 8:06-Civ-2193-T-24 EAJ

SUNNY HEALTH NUTRITION
TECHNOLOGY & PRODUCTS, INC.
and SUNNY SIA;

    Defendants.
_____/

## ORDER

This cause comes before the Court on its own. Alan K. Palmer and J.D. Taliaferro, defense counsel, are non-resident attorneys that are not members of the Middle District of Florida Bar. Accordingly, pursuant to Local Rule 2.02, it is **ORDERED AND ADJUDGED** that on or before January 2, 2007, Mr. Palmer and Mr. Taliaferro must file a motions to appear *pro hac vice*, submit Special Attorney Certification forms, and each pay the $10.00 special admission fee if they wish to represent Defendants in this matter.

**DONE AND ORDERED** at Tampa, Florida, this 15th day of December, 2006.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record