UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FEDERAL TRADE COMMISSION,

        Plaintiff,

v.                                    Case No. 8:06-Civ-2193-T-24 EAJ

SUNNY HEALTH NUTRITION
TECHNOLOGY & PRODUCTS, INC.
and SUNNY SIA;

        Defendants.
_____/

## ORDER

This cause comes before the Court on the Federal Trade Commission's ("FTC") motion to Enter Previously Suspended Monetary Judgment of $1.9 Million (Doc. No. 10). Defendants' response was due on December 26, 2006. To date, however, Defendants have not filed a response. Accordingly, it is **ORDERED AND ADJUDGED** that on or before January 16, 2007, Defendants shall SHOW CAUSE, if any, as to why this motion should not be considered without their response.

**DONE AND ORDERED** at Tampa, Florida, this 4th day of January, 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record