FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2007 FEB 22  AM 10: 54

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>Plaintiff,<br><br>v.<br><br>SUNNY HEALTH NUTRITION<br>TECHNOLOGY & PRODUCTS, INC.<br>and SUNNY SIA;<br>Defendants. | Case No. 8:06-cv-02193-SCB<br><br>STIPULATED ORDER |

Defendants Sunny Sia and Sunny Health Nutrition Technology & Products, Inc. ("Defendants") have paid the Federal Trade Commission ("FTC") a total of $375,000, which was transferred from Defendant Sunny Sia's PayPal account (the "PayPal assets") pursuant to this Court's Order of December 15, 2006. Pursuant to Part IX of the Final Order ("Final Order") Defendants are HEREBY ORDERED to immediately direct the release of all funds currently held in the PayPal assets, not to exceed $1,525,000 dollars, with instructions to pay them to the FTC using an account number and instructions to be provided by the FTC.

In the event that the PayPal assets are insufficient to cover the entire $1,525,000 dollar payment, the Defendants are FURTHER ORDERED to pay the difference ("Deficiency Amount") to the FTC within three (3) business days after the FTC notifies Defendants' undersigned attorneys of the Deficiency Amount. The FTC may apply all funds collected pursuant to Part IX of the Final Order to all purposes permitted therein.

1

Full payment of $1.9 million pursuant to this Stipulated Order represents payment in full of all monetary obligations owing under Part IX of the Final Order, including all interest otherwise owing under Part IX(B) of the Final Order. Part IX(B) of the Final Order is hereby superseded by agreement of the parties to the extent stated in this paragraph. However, if payment of the Deficiency Amount is not made within the time specified in the preceding paragraph, then interest at the rate prescribed under 28 U.S.C. § 1961, as amended, shall immediately begin to accrue on the Deficiency Amount and shall continue to accrue until the Deficiency Amount is paid. All other provisions of the Final Order remain in full force and effect.

Upon receipt of the entire $1.9 million, together with any interest that may have accrued on the Deficiency Amount, FTC shall submit a motion and order to dismiss with prejudice its Motion for Entry of Suspended Judgment.

SO ORDERED this 22 day of Feb, 2007.

_____
Federal District Court Judge

SO AGREED this 8th day of January, 2007.

_____
Sunny Sia

SO AGREED this 8th day of January, 2007.

Sunny Health Nutrition Technology & Products, Inc.

_____
Sunny Sia

2

SO AGREED this 9th day of January, 2007.

                                      Attorneys for Defendants Sunny Sia and
                                      Sunny Health Nutrition Technology &
                                      Products, Inc.

                                      Alan K. Palmer
                                      Kaye Scholer LLP
                                      901 15th Street, N.W.
                                      Washington, D.C. 20005
                                      (ph) 202-682-3536
                                      (fax) 202-414-0409

SO AGREED this 21st day of February, 2007.

                                      WILLIAM BLUMENTHAL
                                      General Counsel

                                      ELSIE B. KAPPLER
                                      JAMES A. PRUNTY
                                      Federal Trade Commission
                                      600 Pennsylvania Avenue, N.W.
                                      Mail Drop NJ-2120
                                      Washington, D.C. 20580
                                      (ph) 202-326-2466 (Kappler)
                                      (ph) 202-326-2438 (Prunty)
                                      (fax) 202-326-2558
                                      ekappler@ftc.gov
                                      jprunty@ftc.gov