UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FEDERAL TRADE COMMISSION,

        Plaintiff,

v.                                       Case No. 8:06-Civ-2193-T-24 EAJ

SUNNY HEALTH NUTRITION
TECHNOLOGY & PRODUCTS, INC.
and SUNNY SIA;

        Defendants.
_____/

## ORDER

This cause comes before the Court on the parties' Joint Motion for Stay of Proceedings (Doc. No. 33). Specifically, the parties seek an Order staying all proceedings in this matter for a period of ninety days such that Defendant Sunny Sia can complete payment of amounts owed to the Federal Trade Commission.

Upon consideration, it is **ORDERED AND ADJUDGED** that all proceedings in this case are stayed until July 2, 2007.

**DONE AND ORDERED** at Tampa, Florida, this 13th day of April, 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record